IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01934–EWN–KMT

J.J. ENTERPRISES, INC.,
a Colorado Corporation,

    Plaintiff,

v.

NANCY HUGHES, an individual,
ABSOLUTE RESOLUTIONS CORP., a California Corporation, and
ICON HEALTH & FITNESS, INC., a Delaware Corporation,

    Defendants.

## **ORDER**

    This matter is before the court on a "Motion to Withdraw" filed by Matthew R. Groves and Kimberley P. Cronin of Messner & Reeves, LLC [Doc. No. 8, filed September 16, 2008].

    Being otherwise fully advised, it is hereby ORDERED that the motion [Doc. No. 8] is GRANTED. Attorneys Groves and Cronin are relieved of any further representation of Defendants in the above captioned matter. The Clerk of Court is instructed to remove Mr. Groves and Ms. Cronin from the electronic certificate of mailing.

    Defendants "Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Plaintiff's Complaint from Defendants Nancy Hughes and Absolute Resolutions Corp."

[Doc. No. 5, filed September 15, 2008] is GRANTED. Defendants have up to and including September 30, 2008 in which to answer or otherwise respond to the plaintiff's Complaint.

Dated this 22nd day of September, 2008.

BY THE COURT

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge